## CINCINNATI (city) et v CINCINNATI & SUBURBAN BELL TELEPHONE CO

Ohio Supreme Court

No 22272. Decided Dec. 17, 1930

For full opinion see 123 Oh St 174 (Oh Bar 2-17-31).

## STATE ex ELLIOTT CO v CONNAR

Ohio Supreme Court

No 22680. Decided Feb. 25, 1931

Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## CHAPEL STATE THEATER CO v HOOPER CO

Ohio Supreme Court

No 22432. Decided Feb. 25, 1931

Jones, Day, Allen and Kinkade, JJ, concur. Matthias and Robinson, JJ, dissent.

Full opinion will be published later. Watch **Omnibus Index.**